UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EWING, JR.,<br>Petitioner,<br>v.<br>WARDEN LUNDY,<br>Respondent. | No. 2:26-cv-0050 DJC CSK (HC)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

## I. STANDARD FOR REVIEW OF PETITION

Federal habeas corpus relief under 28 U.S.C. § 2254 is available to petitioners who show that they are held in custody under a state court judgment and that such custody violates the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 2254(a). The Court is required to review a habeas corpus petition upon receipt to determine whether it is subject to summary dismissal. See Rule 4 of the Rules Governing Section 2254 Cases. Summary dismissal is appropriate where "it plainly appears from the face of the petition and any attached exhibits

that the petitioner is not entitled to relief in the district court." Id.

## II. DISCUSSION

The petition is not filed on a form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The petition is a three page long typed document. (Id.) The petition appears to raise one claim for relief: the admission of petitioner's jail booking statement violated Miranda v. Arizona, 384 U.S. 436 (1966). (Id.) The petition does not identify the conviction being challenged. (Id.) Because petitioner fails to identify the conviction being challenged, this Court cannot determine whether this action is properly brought pursuant to 28 U.S.C. § 2254. Accordingly, the petition is dismissed with leave to file an amended petition. In the amended petition, petitioner shall identify the conviction being challenged, including the date of conviction and county of conviction. Petitioner shall file the amended petition on the form provided by the Clerk of the Court.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 6) is granted.

2. The petition is dismissed. Petitioner is granted thirty days from the date of this order to file an amended petition on the form provided by the Clerk of the Court. Failure to comply with this order may result in a recommendation of dismissal of this action.

3. The Clerk of the Court is directed to send petitioner the form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Dated: 08/03/26

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ewin50.ord/2